# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY M. WYATT,** | : | |
| Petitioner | : | |
| | : | No. 1:20-cv-00576 |
| v. | : | |
| | : | (Judge Kane) |
| **WARDEN/SUPERINTENDENT** | : | |
| **OF SCI-MAHANOY, et al.,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 29th day of November 2022, upon consideration of Petitioner Gregory M. Wyatt ("Petitioner")'s petition and amended petition brought pursuant to the provisions of 28 U.S.C. § 2254 ("Section 2254") (Doc. Nos. 1, 9), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's amended Section 2254 petition (Doc. No. 9) is **DISMISSED**;

2. A certificate of appealability shall not issue; and

3. The Clerk of Court is directed to **CLOSE** this case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania§